

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-18-00952-CV

**PROTOTYPE MACHINE COMPANY**,
Appellant

v.

Toledo P. **BOULWARE**, et al.,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469
Honorable Enrique Fernandez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against appellant.

It is so **ORDERED** on February 27, 2019.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_____
Keith E. Hottle, Clerk of Court